**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03298-CMA-KLM

GEORGE A. CASTRO,
LUIS E. CASTRO, AND
SHERRON L. LEWIS, JR.,

    Plaintiffs,

v.

KONDAUR CAPITAL CORPORATION,
HEATHER DEERE,
LAW OFFICE OF MICHAEL P. MEDVED, AND
MARGARET  T. CHAPMAN, IN HER PERSONAL AND OFFICIAL CAPACITY,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming and Adopting August 14, 2012 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on August 31, 2012 it is

    ORDERED that the is AFFIRMED and ADOPTED as an Order of this Court. Plaintiffs' objection (Doc. # 47) is OVERRULED.  It is further

    ORDERED that the motions to dismiss (Doc. ## 5, 8, 11, and 16) are GRANTED. It is further

    ORDERED that the federal claims in Plaintiffs' Complaint (Doc. # 1) are DISMISSED WITH PREJUDICE, and the state law claims in the Complaint are DISMISSED WITHOUT PREJUDICE.  Accordingly, judgment is entered in favor the defendants and against the plaintiffs and the complaint and this civil action are dismissed.

Dated at Denver, Colorado this 4th day of September, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk