**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03298-CMA-KLM

GEORGE A. CASTRO,
LUIS E. CASTRO, and
SHERRON L. LEWIS, JR.,

     Plaintiffs,

v.

KONDAUR CAPITAL CORPORATION,
HEATHER DEERE,
LAW OFFICES OF MICHAEL P. MEDVED, and
MARGARET T. CHAPMAN, in her personal and official capacity,

     Defendants.

---

## ORDER DENYING PLAINTIFFS' MOTION TO ALTER OR AMEND

---

     This matter is before the Court on Plaintiffs' Rule 59(e) Motion to Alter or Amend (Doc. # 51.) Following Magistrate Judge Kristen L. Mix's August 14, 2012 Recommendation (Doc. # 46), Plaintiffs filed Objections (Doc. # 47). On August 31, 2012, the Court issued an Order adopting and affirming Judge Mix's Recommendation. (Doc. # 48.) At that time, the Court conducted a *de novo* review of the matter and overruled Plaintiffs' Objections. (*See id.*) In the instant motion, Plaintiffs assert identical objections to those raised previously. (*Compare* Doc. # 47 at 5-6 *with* Doc. # 51 at 2.)

A Rule 59(e) motion should be granted "only to correct manifest errors of law or to present newly discovered evidence." *Phelps v. Hamilton*, 122, F.3d 1309, 1324 (10th Cir. 1997) (internal quotation marks and citations omitted). The Court continues to agree with Judge Mix's application of the law, as adopted and affirmed in the Court's August 31, 2012 Order, and is not persuaded to the contrary by Plaintiffs' Objections. Also, Plaintiffs provide no newly discovered evidence for the Court's consideration. Accordingly, it is

ORDERED that Plaintiff's Rule 59(e) Motion to Alter or Amend (Doc. # 51) is DENIED.

DATED: February   13  , 2013

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge